UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY JUSTICE CENTER,

        Plaintiff,

- against -

LETITIA JAMES,

        Defendant.

21-cv-6024 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The November 3, 2021 conference in this case is **canceled**.

SO ORDERED.

Dated:    New York, New York
            October 21, 2021

                                              */s/ John G. Koeltl*
                                              John G. Koeltl
                                        United States District Judge